UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| LAURIE AREVALO, | ) | No. SA CV 12-895-PLA |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
|     Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: March 29, 2013

                                                                             PAUL L. ABRAMS  
                                                      UNITED STATES MAGISTRATE JUDGE